IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LJ DOLIN,

    Plaintiff,

v.                                                      Civ. No. 16-529 MCA/GBW

THYSSENKRUPP ELEVATOR
CORPORATION,

    Defendant.

## ORDER PERMITTING CELL PHONES IN COURTHOUSE DURING SETTLEMENT CONFERENCE

This matter comes before the Court by request of defense counsel. Jack Upchurch, Frank Kollman, and Joseph Garrett Wozniak are hereby permitted to bring their cell phones to the settlement conference, which will take place in the Doña Ana Courtroom on July 21, 2017 at 10:30 a.m. However, they are prohibited from accessing or using any recording function, photographic or otherwise, on such devices while inside the courthouse.

    IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE