# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

January 07, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

Ms. Ayesha N Khan
Rock Creek Law
5309 Burling Ter
Bethesda, MD 20814

Ms. Amelia Pape Nelson
Roybal-Mack & Cordova
1121 4th Street NW, Suite 1D
Albuquerque, NM 87102

Mr. Frank Leo Kollman
Mr. Joseph Garrett Wozniak
Kollman & Saucier
1823 York Road
Timonium, MD 21093

**RE:** **19-2090, Dolin v. Thyssenkrupp Elevator Corp.**
Dist/Ag docket: 2:16-CV-00529-GBW-GJF

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

                                                Sincerely,

                                                Christopher M. Wolpert
                                                Clerk of the Court

CMW/at