FILED
United States Court of Appeals
Tenth Circuit

January 7, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

LJ DOLIN,

    Plaintiff - Appellant,

v.

THYSSENKRUPP ELEVATOR CORP.,

    Defendant - Appellee.

No. 19-2090
(D.C. No. 2:16-CV-00529-GBW-GJF)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk